(9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

In re:
    RAIDER PAUL GRAESSLER
    ALICIA DIANE GRAESSLER
        Debtor(s)
SSN(1) XXX-XX-2552   SSN(2) XXX-XX-7924

Case No. 08-80049-
Judge Catharine R. Aron

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2008.

2) The plan was confirmed on 04/01/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/07/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 09/20/2012.

6) Number of months from filing to last payment: 56.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: $800.00.

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $6,039.62.

11) All checks distributed by the trustee relating to this case have cleared the bank.

Page 1 of 4
08-80049-

Case 08-80049   Doc 86   Filed 06/26/13   Page 1 of 4

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $85,352.81 |
| Less amount refunded to debtor | $946.35 |

**NET RECEIPTS:**     **$84,406.46**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,350.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,859.55 |
| Other | $18.50 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$7,228.05**

Attorney fees paid and disclosed by debtor:     $150.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED ASSETS LLC | Secured | 11,004.93 | NA | NA | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT | Secured | 9,525.77 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| CBSI | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CHEVRON | Unsecured | 673.69 | NA | NA | 0.00 | 0.00 |
| COLUMBUS FIRE & SAFETY | Unsecured | 400.00 | 723.55 | 723.55 | 723.55 | 0.00 |
| DISCOVER FINANCIAL SVC | Unsecured | 2,187.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,770.45 | 2,806.44 | 2,806.44 | 2,806.44 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,430.18 | 5,616.04 | 5,616.04 | 5,616.04 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,604.99 | 2,690.62 | 2,690.62 | 2,690.62 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 447.06 | 447.06 | 447.06 | 447.06 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 3,048.76 | 3,088.66 | 3,088.66 | 3,088.66 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,348.80 | 5,348.80 | 5,348.80 | 5,348.80 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 708.87 | 708.87 | 708.87 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Secured | 579.00 | 579.00 | 438.29 | 438.29 | 3.29 |
| GMAC | Secured | 11,000.00 | 10,045.85 | 10,045.85 | 10,045.85 | 1,075.47 |
| HOUSEHOLD FINANCE | Unsecured | 1,755.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 492.34 | 520.58 | 520.58 | 520.58 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 7,420.63 | 7,420.63 | 7,420.63 | 7,420.63 | 0.00 |
| MERCHANTS ADJUSTMENTS SERVIC | Unsecured | 106.93 | NA | NA | 0.00 | 0.00 |
| PIONEERML/GA AT COLUMB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 536.62 | 594.62 | 594.62 | 594.62 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 2,981.15 | 2,981.15 | 2,981.15 | 2,981.15 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 799.05 | 795.21 | 795.21 | 795.21 | 0.00 |
| SAXON MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| SAXON MORTGAGE | Secured | 122,641.21 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| TAX OFFICE | Secured | 517.64 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Secured | 1,387.00 | 89.87 | 89.97 | 89.97 | 23.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNITED CONSUMER FINANCIAL | Unsecured | NA | 1,159.34 | 1,159.34 | 1,159.34 | 0.00 |
| WACHOVIA BANK NA | Unsecured | 7,813.98 | 8,211.70 | 8,211.70 | 8,211.70 | 0.00 |
| WELLS FARGO BANK | Secured | 21,000.00 | 19,129.81 | 19,129.81 | 19,129.81 | 3,259.46 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $29,703.92 | $29,703.92 | $4,361.22 |
| **TOTAL SECURED:** | **$29,703.92** | **$29,703.92** | **$4,361.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,113.27** | **$43,113.27** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,228.05 |
| Disbursements to Creditors | $77,178.41 |
| **TOTAL DISBURSEMENTS :** | **$84,406.46** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/26/2013                                By: /s/ Richard M. Hutson, II
                                                                            Trustee

xc  RAIDER PAUL GRAESSLER
    ALICIA DIANE GRAESSLER
    U.S. BANKRUPTCY ADMIN
    A B HARRINGTON III
    311 N HORNER BLVD
    P O BOX 1072
    SANFORD, NC 27331-1072

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.